# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## **NOTICE OF DOCKETING**

### 17-128 - In re: USF Board of Trustees

**Date of docketing:** July 14, 2017

A petition for writ of mandamus has been filed.

**Name of petitioner(s):** University of South Florida Board of Trustees

**Name of respondent(s),** if known: The Jackson Laboratory

**Related action(s):** if known: United States Court of Federal Claims, case no. 1:15-cv-01549-PEC

**Critical dates include:**

- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court


cc: United States Court of Federal Claims
Walter Wayne Brown
Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice
Steven B. Kelber
Timothy R Shannon
Jerry Stouck